IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NBA PROPERTIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> [REDACTED] AND THE INDIVIDUALS AND ENTITIES OPERATING [REDACTED], <br><br> Defendants. | Case No. 24-cv-10526 <br><br> **Judge Georgia N. Alexakis** <br><br> **Magistrate Judge M. David Weisman** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, October 31, 2024 at 9:30 a.m., Plaintiff shall appear before the Honorable Georgia N. Alexakis in Courtroom 1719 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery, and Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3).

| | |
|---|---|
| Dated this 28th day of October 2024. | Respectfully submitted, |

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Kahlia R. Halpern
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
khalpern@gbc.law

*Attorneys for Plaintiff NBA Properties, Inc.*